R. Scott Andrews, SBN 219936
KIMBALL, TIREY & ST. JOHN, LLP
2040 Main Street, Suite 500
Irvine, CA 92614
(949) 476-5585
(949) 476-5580 (fax)

Attorneys for Plaintiff:
WESTERN NATIONAL SECURITIES DBA WESTERN NATIONAL PROPERTY MANAGEMENT,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| WESTERN NATIONAL SECURITIES DBA WESTERN NATIONAL PROPERTY MANAGEMENT<br><br>Plaintiff,<br><br>Vs.<br><br>MICHELLE PEREZ; and DOES 1 to 10, Inclusive | Case No.: SACV 15-01103 JVS (JCGx)<br><br>**ORDER GRANTING EXPARTE APPLICATION FOR AN ORDER SHORTENING TIME ON PLAINTIFF'S MOTION TO REMAND** |

The ex-parte application of Plaintiff, WESTERN NATIONAL SECURITIES DBA WESTERN NATIONAL PROPERTY MANAGEMENT for an order to shorten time on Plaintiff's motion to remand the above-entitled action to the Orange County Superior Court, Hemet courthouse, was considered and it is hereby ordered:

IT IS ORDERED that the ex-parte application be, and it hereby is, granted and Plaintiff's motion to remand the matter to state court is shortened and now will be heard August 10, 2015 at 1:30 p.m. in Courtroom 10C.  Any opposition shall be filed no later than August 6, 2015.

DATED:  July 28, 2015

By: /s/ James V. Selna

United States District Judge